# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:11CR00205-001-DLB |
| PABLITO ETRATA ) | |
| *Defendant* ) | |

## PROBATION ORDER UNDER 18 U.S.C. § 3607

The defendant having been found guilty of an offense described under 21 U.S.C. § 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED:** The defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of 12 months without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth on the next page of this order, and the following special conditions:

1. The defendant must participate in a drug education or treatment program, or both, if ordered to do so by the supervising probation officer.
2. The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.
3. The defendant must:
   Submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4. Pursuant to 18 USC 3583(d)(3), upon completion of the term of prejudgment probation, **if judgment is entered**, the defendant is to surrender to a duly authorized Immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act. If ordered deported, the defendant, during any term of supervision, shall remain outside the United States and shall not reenter the United States without the consent of the Secretary of the Department of Homeland Security of the United States.

   Upon any reentry, lawful or unlawful, into the United States, the defendant shall report in person to the United States Probation Office in the Eastern District of California within 72 hours

5. The defendant shall pay a $25.00 Special Assessment due immediately. The fine is waived by the Court.

Date: Oct 20, 2011

/s/ *Dennis L. Beck*
*Judge's signature*

U.S. Magistrate Judge Dennis L. Beck
*Printed name and title*

## Defendant's Consent

I have read the proposed probation order under 18 U.S.C. § 3607 and the conditions of probation, including the special conditions above. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the order.

I also understand that, if I have not violated any condition of my probation, the court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

I also understand that, if I was under age 21 at the time of the offense, I am entitled to have the record of my arrest and conviction expunged upon application.

Date: Oct. 20, 2011

(DEFENDANT CONSENTED IN COURT, ON THE RECORD)

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

## Conditions of Probation

While on probation, you must:
1) not leave the judicial district without the permission of the court or probation officer;
2) report to the probation officer in a manner and frequency directed by the court or probation officer;
3) answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) support any dependents and meet other family responsibilities;
5) work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) notify the probation officer at least ten days prior to any change in residence or employment;
7) refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) not associate with any person engaged in criminal activity, or convicted of a felony, unless granted permission to do so by the probation officer;
10) permit a probation officer to visit you at any time at home or elsewhere and permit the confiscation of any contraband observed in plain view of the probation officer;
11) notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) notify third parties as directed by the probation officer of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and permit the probation officer to make such notifications and to confirm the defendant's compliance with the notification requirement.