# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:11CR00205-001-DLB |
| ) | |
| PABLITO ETRATA ) | |
| *Defendant* ) | |

**ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)**

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date: October 19, 2012   /s/ Dennis L. Beck
*Judge's Signature*

Dennis L. Beck; U.S. Magistrate Judge
*Printed Name and Title*

Printed Name and Title

CC: Assistant United States Attorney